# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 143 EM 2019 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH CARTER, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of March, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.